

# Missouri Court of Appeals
## Southern District

**MARCH 5, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD32597

        Re:     GARY OWEN PLASTER, JR.,
                Movant-Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent-Respondent.